In the Matter of STUYVESANT TOWN CORPORATION et al., Respondents, against VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Appellants.

Argued January 18, 1954; decided February 25, 1954.

*Denis M. Hurley, Corporation Counsel (Wilfred Bernard Richland, Bernard Friedlander, Pauline K. Berger and Barbara Carroll* of counsel), for appellants.

*C. Frank Reavis, Churchill Rodgers, Jeremiah M. Evarts* and *Martin D. Jacobs* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.